**Order entered November 29, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01171-CV

**EVELYN KELLY, Appellant**

**V.**

**ST. LUKE UNITED METHODIST COMMUNITY CHURCH, HENRY MASTERS, IN HIS CAPACITY AND BERNICE WASHINGTON IN HER OFFICIAL AND INDIVIDUAL CAPACITY, Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00985**

## ORDER

Appellant has failed to comply with our November 4, 2016 directive to file written verification she has requested the reporter's record and either paid or made arrangements to pay for the record, despite being cautioned that failure to comply could result in the appeal being submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we further **ORDER** appellant to file her brief on the merits no later than December 29, 2016.

/s/     CRAIG STODDART
JUSTICE